Eliyahu Babad Esq.
EBabad@SteinSaksLegal.com
Stein Saks, PLLC
285 Passaic Street
Hackensack, NJ 07601
T: 201.282.6500
F: 201.282.6501

*Attorneys for Plaintiff*
*Pro Hac Vice*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOBHANA RAI, et al., | Case No.: 5:20-cv-01545-JGB-SHK |
| Against | |
| MONARCH RECOVERY MANAGEMENT, INC., et al. | **NOTICE OF SETTLEMENT** |

Notice is hereby given that the Plaintiff, Shobhana Rai, by and through her attorneys, and the Defendants, have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

Respectfully Submitted,

DATED: January 11, 2021    Stein Saks, PLLC

By: */s/Eliyahu Babad*
Eliyahu Babad
Attorneys for Plaintiff
Shobhana Rai

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Settlement using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

*/s/ Eliyahu Babad*
Eliyahu Babad, Esq.