IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| Shobhana Rai, individually and on behalf of all others similarly situated, | * * * |
| Plaintiffs, | * Case No.: 5:20-cv-01545-JGB-SHK * |
| v. | * * |
| Monarch Recovery Management, Inc., First Financial Investment Fund, III, LLC and John Does 1-25, | * * * * |
| Defendants. | * * |

## ORDER OF DISMSISAL

As per the Stipulation of Dismissal entered into between counsel for Plaintiff, Shobhana Rai and counsel for Defendants, Monarch Recovery Management, Inc. and First Financial Investment Fund III, LLLC it is hereby ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE with each party bearing its own costs and attorney's fees.

BY THE COURT:

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

DATED: March 11, 2021